AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | | |
|---|---|---|
| Andrew Parker and Jasmine Leese ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:20-cv-01023-BAS-MDD |
| Ford Motor Company ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Andrew Parker and Jasmine Leese                                                                  .

Date:   06/03/2020

/s/ Michael H. Rosenstein
*Attorney's signature*

Michael H. Rosenstein (SBN 169091)
*Printed name and bar number*

10900 Wilshire Blvd, Suite 300
Los Angeles, CA 90024

*Address*

mhr@calattorneys.com
*E-mail address*

(310) 872-2600
*Telephone number*

(310) 730-7377
*FAX number*

[Print]   [Save As...]   [Reset]