Michael H. Rosenstein (SBN 169091)
mhr@calattomeys.com
Sepehr Daghighian (SBN 239349)
sd@calattomeys.com
CALIFORNIA CONSUMER ATTORNEYS, P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel:    (310) 872-2600
Fax:   (310) 730-7377
Attorneys for Plaintiffs ANDREW PARKER and
JASMINE LEESE

Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Amy Maclear (SBN 215638)
amaclear@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:   (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendant FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PARKER and JASMINE LEESE,<br><br>                              Plaintiff,<br><br>        vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                              Defendants. | Case No. 2:20-cv-09079-AB-PVC<br><br>**JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |

Plaintiffs ADAM PARKER and JASMINE LEESE ("Plaintiffs"), by counsel, and Defendant FORD MOTOR COMPANY ("Defendant"), by counsel, hereby submit this Joint Stipulation to Dismiss this Case With Prejudice Per the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to the dismissal to bear its own costs and fees.

///

1    Plaintiffs and Defendant mutually waive all demands for each other's costs

2    and fees associated with this matter.

3    **<u>IT IS SO STIPULATED.</u>**

4

5    Dated: April 23, 2021          GORDON REES SCULLY MANSUKHANI, LLP

6

7                                   By: _____*/s/ Spencer P. Hugret*_____

8                                       Spencer P. Hugret
                                        Amy Maclear
9                                       Attorneys for Defendant
                                        FORD MOTOR COMPANY
10

11   Dated: April 23, 2021          CALIFORNIA CONSUMER ATTORNEYS, P.C.

12

13                                  By: _____*/s/ Sepehr Daghighian*_____

14                                      SEPEHR DAGHIGHIAN
                                        Attorneys for Plaintiffs
15                                      ANDREW PARKER and JASMINE LEESE

16

17              **ATTESTATION OF ELECTRONIC SIGNATURES**

18        I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf

19   this filing is submitted, concur in the filing's content and have authorized the filing

20   of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule

21   41(a)(1)(A)(ii).

22

23   Dated:  April 23, 2021                          _____*/s/ Spencer P. Hugret*_____

24

25

26

27

28

1158020/55937193v.1

JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER
FRCP RULE 41(A)(1)(A)(II)
CASE NO. 2:20-cv-09079-AB-PVC